# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE WHITE APPLE IPHONE, CURRENTLY LOCATED AT<br>THE DRUG ENFORCEMENT ADMINISTATION AT 324<br>SOUTH RIVER ROAD, BEDFORD, NH 03110 | )<br>)<br>)    Case No.  24-mj-03-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A.

located in the _____ District of New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | - Distribution and Possession with Intent to Distribute Controlled Substances |
| 21 U.S.C. § 846 | - Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance |

The application is based on these facts:
See attached affidavit.

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Casey T. MacDonald
*Applicant's signature*

Casey T. MacDonald, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephonic conference *(specify reliable electronic means)*.

Date: **Jan 17, 2024**

*Judge's signature*

City and state: **Concord, New Hampshire**    Andrea K. Johnstone U.S. Magistrate Judge
*Printed name and title*